```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV170 |
| | ) | |
| v. | ) | |
| | ) | |
| 46,000.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The government's motion to continue, filing 40, is granted.

2. The Final Pretrial Conference with the undersigned magistrate judge is set for December 20, 2006 at 1:30 p.m. in chambers, 566 Federal Building and United States Courthouse, Lincoln, Nebraska.

3. Prior to the pretrial conference, the parties shall prepare an exhibit list and proposed final pretrial order in accordance with NECivR 16.2. The court's exhibit list form and an acceptable form for preparing the final pretrial order can be accessed on the court's website at www.ned.uscourts.gov/fpo/forms/index.html (see "Exhibit List," and "Order on Final Pretrial Conference").

DATED this 4th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge