IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV170 |
| | ) | |
| v. | ) | |
| | ) | |
| $46,000.00 IN UNITED STATES CURRENCY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A telephone conference was held December 28, 2006 in accordance with the provisions of the Order on Final Pretrial Conference, filing 44. Counsel informed the court that Claimant Zeppa does intend to pursue her claim, and that Mr. Paragas will represent her. The parties requested and the court granted a continuance for additional preparation with Ms. Zeppa's participation. In accordance with the discussion during the conference,

IT IS ORDERED:

1. Mr. Paragas shall enter his appearance for Ms. Zeppa forthwith.

2. The previously set trial date of January 9, 2007 is withdrawn and set aside.

3. The parties are permitted to engage in discovery as they agree.

4. A final pretrial conference will be held before the undersigned in chambers on March 23, 2007 at 9:00 a.m.

5. Trial of this case is continued to April 4, 2007 at 9:00 a.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 3rd day of January, 2007.

>BY THE COURT:
>
>s/ *David L. Piester*
>David L. Piester
>United States Magistrate Judge